## NORWOOD v. THE STATE.

COBB, J.    There was no error of law, and the evidence warranted the ver-
dict.    *Judgment affirmed.. All the Justices concurring.*

Submitted July 16, — Decided August 8, 1900.

Accusation of pointing a pistol at another.   Before Judge
Parks.   City court of Dawson.   April term, 1900.

*Frank L. Parks*, for plaintiff in error.
*M. J. Yeomans, solicitor*, contra.

---

## GARLINGTON *et al. v.* FLETCHER, executor, *et al.*

FISH, J.   1. Judgments are conclusive between parties and their privies, as
to all matters put in issue, or which under the rules of law might have
been put in issue, in the cause wherein the judgment was rendered.  Civil
Code, § 3742.
2. As a purchaser at sheriff's sale is the privy of the plaintiff in execution,
a judgment in a claim case wherein the property has been found subject
to the execution levied thereon estops the claimant from setting up title
to the same in an action subsequently brought against him for its recov-
ery by one who purchased it at sheriff's sale under the execution.  *Cos-
nahan* v. *Johnston*, 108 *Ga.* 235, and cases cited.
3. In such an action it was not erroneous to strike, on demurrer, an answer
filed by the defendant, in the nature of a cross-petition, setting forth
matters which, even if they ever had any merit, should have been put in
issue by him in the trial of the case wherein he was claimant of the
property.
4. As, for the reasons above indicated, the answer filed by the defendant
was without merit and was, therefore, rightly stricken, the defendant
has no reason to complain of the overruling of a motion made by him to
continue the case.    *Judgment affirmed.   All the Justices concurring.*

Argued July 25, — Decided August 8, 1900.

Equitable petition.   Before Judge Hart.   Henry superior
court.   December term, 1899.

*John A. Wimpy*, for plaintiffs in error.
*James S. Boynton* and *R. L. Berner*, contra.